GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services, LLC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA GATES, | ) ) ) ) Case No. 2:26-cv-01587-MDC ) |
| Plaintiff, | ) ) |
| vs. | ) **JOINT MOTION FOR EXTENSION OF** ) **TIME FOR DEFENDANT EQUIFAX** ) **INFORMATION SERVICES LLC'S TO** |
| EQUIFAX INFORMATION SERVICES LLC WILLEY HOME FURNISHINGS AND BARCLAYS BANK DELAWARE, | ) **FILE ANSWER** ) ) ) **FIRST REQUEST** |
| Defendants. | ) ) |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from June 19, 2026 through and including **July 20, 2026**.  The request was made by Equifax so that it can have an opportunity to

///

///

///

///

///

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 17th day of June 2026.

CLARK HILL PLLC

By: /s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**No opposition**

/s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED:    June 24, 2026    

- 2 -