J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant Barclays Bank Delaware*

WOMBLE BOND DICKINSON
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA GATES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and BARCLAYS BANK DELAWARE,<br><br>Defendants. | Case No.: 2:26-cv-01587-MDC<br><br>**STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

**THIS STIPULATION AND MOTION** is entered into by and between Defendant Barclays Bank Delaware ("Barclays") and Plaintiff Amanda Gates ("Gates," and together with Barclays, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Barclays' deadline to respond to Plaintiff's Complaint from June 22, 2026 until July 20, 2026 based on the following:

1. This is the second request for an extension of time for Barclays to respond to Plaintiff's Complaint.

2. On May 27, 2026, Gates filed a Complaint with this Court [ECF No. 1].

3. Gates served Barclays' registered agent with the Complaint on May 29, 2026.

4. Based on the first stipulation and order to extend the deadline to respond, Barclays' current deadline to respond is July 20, 2026. [ECF No. 14].

5. The Parties agreed to a second extension through August 10, 2026. Barclays requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's

WOMBLE BOND DICKINSON
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint. The Parties are continuing potential settlement discussions at this time.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulate and agree to extend the deadline for Barclays to respond to the Complaint, up to and including August 10, 2026.

**IT IS SO STIPULATED**

DATED this 16th day of July, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant Barclays Bank Delaware*

**FREEDOM LAW FIRM, LLC**

By: */s/ Gerardo Avalos*
Gerardo Avalos, Esq.
Nevada Bar No. 15171
George Haines, Esq.
Nevada Bar No. 9411
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123

*Attorney for Plaintiff Amanda Gates*

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Barclays Bank Delaware shall have until August 10, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2026