George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Amanda Gates*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Gates,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC; R.C. Willey Home Furnishings and Barclays Bank Delaware,<br><br>Defendants. | Case No.: 2:26-cv-01587-MDC<br><br>**Stipulation of dismissal of all claims between Plaintiff and Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Gates and Equifax Information Services LLC stipulate to dismiss all claims between Plaintiff and Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 7, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

**ORDER**

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2026